JOSEPH N. GREENE, Respondent, *v.* JOHN W. THOMAS, Appellant.

(Submitted December 20, 1876; decided January 16, 1877.)

MEMORANDA of decision below, 4 Hun, 809.

*Geo. F. Danforth* for the appellant.

*Duell & Benedict* for the respondent.

Agree to affirm on opinion of court below.
All concur.
Judgment affirmed.